[No. 54649-0-I.   Division One.   August 1, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES DEAN CARLILE, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-1-00836-5, Richard J. Thorpe, J., entered June 29, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54681-3-I.   Division One.   August 1, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES LEE HALE, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-1-00906-0, David F. Hulbert, J., entered July 21, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54729-1-I.   Division One.   August 1, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. GLENN G. UMLAS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-1-00358-6, John P. Erlick, J., entered August 10, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54955-3-I.   Division One.   August 1, 2005.]

SCOTT CROW, *Appellant*, v. THE BOEING COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-2-09126-8, James H. Allendoerfer, J., entered September 7, 2004. *Affirmed* by unpublished opinion per Cox, C.J., concurred in by Baker and Becker, JJ. Now published at 129 Wn. App. 318.